No. 293. RATON WATER WORKS COMPANY *v.* CITY OF RATON. Appeal from the District Court of the United States for the District of New Mexico. February 19, 1923. This case will stand dismissed under the 10th Rule unless the deposit for printing the record is made on or before May 1 next. *Mr. Abram J. Rose* for appellant. No ap-pearance for appellee.

---

No. 277. WELLS-ELKHORN COAL COMPANY *v.* OTIS STEEL COMPANY. Error to the District Court of the United States for the Eastern District of Kentucky. Feb-ruary 20, 1923. Dismissed with costs, per stipulation. *Mr. Simeon S. Willis, Mr. John F. Hager* and *Mr. J. W. M. Stewart* for plaintiff in error. *Mr. George B. Martin* for defendant in error.